UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 2:12-cr-48-JCM-RJJ |
| vs. | ) | |
| NAM VIET NGUYEN, | ) | O R D E R |
| Defendant, | ) | |

This matter is before the Court on an Ex-Parte Motion to Withdraw and Appointment of New Counsel (#15).

The Court having reviewed the Ex-Parte Motion (#15) and good cause appearing therefore,

IT IS HEREBY ORDERED that the Ex-Parte Motion to Withdraw and Appointment of New Counsel (#15) is GRANTED.

IT IS FURTHER ORDERED that the Office of the Federal Public Defender is relieved forthwith as counsel of record in this case.

IT IS FURTHER ORDERED that the Clerk shall forthwith appoint substitute counsel for defendant Nam Viet Nguyen.

DATED this   3d   day of April, 2012

_____
ROBERT J. JOHNSTON
United States Magistrate Judge